In the Matter of the Accounting of LEONA SCHAEFER et al., as Administratrices of the Estate of GEORGE SCHAEFER, Deceased. GEORGE SCHAEFER, JR., Appellant; KATIE S. HALL, as Coadministratrix, et al., Respondents.

Submitted October 9, 1944; decided October 20, 1944.

Motion for an order substituting Durkes Clark as attorney for the appellant George Schaefer, Jr., in the place of Vahan H. Kalendarian granted.

Motion for order directing the turning over of papers to substituted attorney denied. (See *Matter of Lydig*, 262 N. Y. 408, 409; *People ex rel. Hoffman* v. *Board of Education*, 141 N. Y. 86; *Matter of Hollins*, 197 N. Y. 361.)